UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID KURTANIDZE,

                               Plaintiff,

                 -v-

MIZUHO BANK, LTD.,

                               Defendant.

23 Civ. 8716 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has reviewed the letter-motion for a protective order filed by defendant Mizuho Bank, Ltd. ("Mizuho"). Dkt. 52. To the extent the motion is opposed, plaintiff, consistent with this Court's Individual Rules governing discovery disputes, is directed to file a response that states the basis upon which it opposes Mizuho's request. The response should be filed no later than Friday, October 18, 2024. For avoidance of doubt, pending the Court's resolution of this dispute, the current discovery schedule remains in place.

      SO ORDERED.

                                                                 *Paul A. Engelmayer*
                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge

Dated: October 16, 2024
         New York, New York