UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID KURTANIDZE,

                                    Plaintiff,

                -v-

MIZUHO BANK, LTD.,

                                    Defendant.

23 Civ. 8716 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the letter-motion for production of discovery materials filed by plaintiff David Kurtanidze. Dkt. 55. To the extent the motion is opposed, defendant, consistent with this Court's Individual Rules governing discovery disputes, is directed to file a response that states the basis upon which it opposes plaintiff's request. The response should be filed no later than Friday, October 25, 2024.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 22, 2024
      New York, New York