UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID KURTANIDZE,

                              Plaintiff,

-v-

MIZUHO BANK, LTD.,

                             Defendant.

23 Civ. 8716 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On October 22, 2023, plaintiff David Kurtanidze moved for leave to file a third amended complaint to add as a defendant Mizuho Americas Services LLC ("Mizuho Americas"), an entity affiliated with defendant Mizuho Bank, Ltd. ("Mizuho Bank"). Dkt. 57. Plaintiff represents that Mizuho Americas, and not Mizuho Bank, was his "actual employer" at the time in which the allegedly unlawful termination occurred, and that the deadline to amend pleadings had passed by the time defendants produced documents reflective of Mizuho Bank's transfer of plaintiff from Mizuho Bank to Mizuho Americas. *Id.* To the extent the motion is opposed, defendant is directed to file a response that states the basis upon which it opposes Mizuho's request no later than next Wednesday, October 30, 2024.

    SO ORDERED.

                                                                *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: October 23, 2024
         New York, New York