# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964-1178

Fax. 212.208-2914

Frances@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

November 13, 2024

**VIA ECF**
The Honorable Judge Paul A. Engelmayer
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1305
New York, New York 10007

      **Re:**    **David Kurtanidze v. Mizuho Bank, Ltd.**
              **Case No.: 23-cv-8716 (PAE)**

Your Honor:

    This firm represents Plaintiff David Kurtanidze in the above-referenced matter. Pursuant to the Court's email dated November 11, 2024, and with Defendants' consent, I write to request an adjournment of the Status Conference, currently scheduled for November 20, 2024, in the above-referenced matter. The Parties have conferred on their availability and propose the following alternate dates: After 2pm on Thursday, November 21, 2024; Anytime on Friday, November 22, 2024; or after 2pm on Monday, December 2, 2024. The Parties do not have any mutually available dates during the week of November 25, 2024.

    The reason for this adjournment request is that Plaintiff's counsel is attending a court-mandated deposition on November 20, 2024. This is Plaintiff's first request for an adjournment of a status conference in this matter.

    I thank the Court for its time and consideration.

                                              Respectfully submitted,

                                              GODDARD LAW PLLC

                                              /s/ Megan Goddard
                                              Megan Goddard

cc: All counsel of record (*via ECF*)

GRANTED. The Court hereby reschedules the conference to **Thursday, November 21, 2024, at 3 p.m.**
SO ORDERED.

                                            *Paul A. Engelmayer*
                                      _____
                                          PAUL A. ENGELMAYER
                                          United States District Judge
Date: November 14, 2024