UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KURTANIDZE,<br><br>                               Plaintiff,<br>                -v-<br>MIZUHO BANK, LTD.,<br><br>                             Defendant. | 23 Civ. 8716 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

To assist counsel in preparing for Thursday's 3 p.m. conference, the Court intends to rule from the bench on, and therefore will not entertain discussion on, the following issues:

- The question whether Mizuho Bank, Ltd. ("Mizuho") waived subject-matter privilege over communications with in-house counsel Adam Hopkins.

- The question whether Mizuho improperly instructed a witness not to answer questions about communications with Mr. Hopkins.

- Plaintiff's motion to quash non-party subpoenas.

- Plaintiff's motion for leave to file a third amended complaint.

The Court will, however, benefit from discussion with the parties on the following issues:

- Defendant's motion for a protective order relieving Mizuho employees Tanya Hamer and Praveen Dodagoudar of the obligation to appear for deposition.

- The question whether David Kronenberg is a deposable fact witness.

- The question whether sanctions against either party are appropriate.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 18, 2024
       New York, New York