UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KURTANIDZE,<br><br>                             Plaintiff,<br>                 -v-<br>MIZUHO BANK, LTD.,<br><br>                            Defendant. | 23 Civ. 8716 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On November 21, 2024, the Court held a conference to resolve outstanding discovery disputes. The Court resolved the motions pending at Dockets 52, 55, 57, 69, 78 for the reasons stated on the record. The Court also set the following schedule:

- The third amended complaint shall be filed no later than November 25, 2024.

- Fact discovery will be extended for the limited purposes stated on the record until December 5, 2024.

- Pre-motion letters in anticipation of summary judgment are due December 12, 2024.

- Oppositions are due December 16, 2024.

A telephonic pre-motion conference is set for **Friday, December 20, 2024, at 2 p.m.** The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Individual Rules and Practices in Civil Cases**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

The Clerk of Court is respectfully directed to close all pending motions.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 22, 2024
       New York, New York