UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID KURTANIDZE,

                          Plaintiff,

            -v-

MIZUHO BANK, LTD.,

                         Defendant.

23 Civ. 8716 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      A pre-motion conference remains scheduled for Friday, December 20, 2024 at 2:00 p.m. This conference will be held telephonically. **The Court's dedicated conference line has changed to (855)-244-8681, Access Code 2318-315-0661, followed by the pound (#) key.**

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 26, 2024
       New York, New York