UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID KURTANIDZE,

                              Plaintiff,

            -v-

MIZUHO BANK, LTD.,

                             Defendant.

23 Civ. 8716 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable Court conflict, the pre-motion conference is hereby rescheduled from 11 a.m. to 10 a.m. on Thursday, December 19. The Court has confirmed counsels' availability. This conference will be held telephonically. **The Court's dedicated conference line is (855)-244-8681, Access Code 2318-315-0661, followed by the pound (#) key.**

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 18, 2024
       New York, New York