UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID KURTANIDZE,

                            Plaintiff,

-v-

MIZUHO BANK, LTD.,

                            Defendant.

23 Civ. 8716 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As discussed at today's pre-motion conference, the Court sets the following deadlines for summary judgment briefing:

- The Joint Statement of Facts ("JSF") is due **January 23, 2025**.
- Defendant's opening brief is due **February 6, 2025**.
- Plaintiff's opposition brief is due **February 27, 2025**.
- Defendant's reply brief is due **March 13, 2025**.

As stated at the conference, the Court hereby grants the parties a 10-page extension for each brief. Additionally, plaintiff is to file a letter to the docket by Tuesday, December 24, 2024, stating the extent to which plaintiff seeks to dismiss any remaining claims.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: December 19, 2024
       New York, New York