UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DAVID KURTANIDZE,,

                Plaintiff,                     23 **CIVIL** 8716 (PAE)

   -against-                             **JUDGMENT**

MIZUHO BANK, LTD. et al.,

                Defendants.
------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 9, 2025, the Court grants Mizuho's motion for summary judgment in full.

**Dated:** New York, New York

   July 10, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                           **BY:**

                                                      **Deputy Clerk**